MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES

By:   Sherle R. Flaggman
       State Bar No.  019079
       Firm No. 00032009

Maricopa County Administration Building
301 West Jefferson Street, Suite 3200
Phoenix, Arizona  85003-2143
Telephone (602) 372-5700
GLS_Court_Minute_Entries@mail.maricopa.gov

Attorney for Maricopa County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Brian A. Wilkins,<br><br>        Plaintiff,<br><br>v.<br><br>Maricopa County, et al.<br><br>        Defendants. | NO. CV09-01380-PHX-LOA<br><br>**MARICOPA COUNTY'S MOTION TO COMPEL**<br><br>(Honorable Lawrence O. Anderson) |
|---|---|

      Pursuant to Federal Rules of Civil Procedure Rule 37(a)(4) Defendant Maricopa County requests the Court to order Plaintiff to sign the original medical releases sent to him on numerous occasions but most recently on March 24, 2010.

      Defendant Maricopa County has in good faith mailed medical authorizations on three (3) separate dates, January 5, January 21, and March 24, 2010, to Plaintiff, which would allow us to obtain medical records from three (3) of

-1-

Plaintiff's providers. Defendant's efforts are specifically outlined in the attached Certification of Cooperation. (*See* Exhibit A). The medical authorizations were for the medical providers Banner Desert Medical Center, Arizona State University Health Center, and to Walgreens Pharmacy. (*See* Exhibit B)

On April 1, 2010, we received by mail four (4) signed authorizations from Plaintiff. (*See* Exhibit C). Although the authorizations were signed by Plaintiff they were significantly altered.

Our original authorization stated we wanted all medical records in each of the providers' possession through the end of litigation. Plaintiff changed the authorization to list the dates March 20, 2005, to March 20, 2010, and limited the release to the end of disclosure. (*See* Exhibit C). The description of what was to be disclosed was also altered (*See* Exhibit C). The original authorization stated we wanted any and all medical/treating records. On two of the authorizations Plaintiff changed this section to list treatment, prescriptions, and recommendations for broken hand. On the other two authorizations he listed blood pressure, pain, and anti-inflammatory medication/prescription history, and all records of broken bones in patients hands. (*See* Exhibit C).

Plaintiff's action of attempting to limit the medical disclosure to five (5) years is potentially harmful to Defendant's case. The claim against Maricopa County is premised upon Plaintiff's medical condition, the medical history is germane to this lawsuit given his allegation of not being provided the proper blood pressure medication or not being provided a splint for his broken hand.

-2-

Plaintiff has asserted in the authorization that he and Defendant collaborated in drafting the medical authorizations that he signed on March 26, 2010. (*See* Exhibit C).

Defense Counsel had no discussion with Plaintiff in which they agreed to make changes to the original authorizations that were sent to Plaintiff.

Based on the foregoing Defendant respectfully asks the Court to grant its Motion to Compel Plaintiff to sign the medical release authorizations as prepared and submitted by Defendants. Furthermore, Defendant asks this Court pursuant to Federal Rules of Civil Procedure Rule 37(5)(A) to order Plaintiff to pay the Defendant's reasonable expenses in making the motion including attorney's fees.

RESPECTFULLY SUBMITTED this 14th day of April 2010.

MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES


BY: /s/Sherle R. Flaggman
    SHERLE R. FLAGGMAN
    Attorney for Defendant Maricopa County

ORIGINAL of the foregoing E-FILED
and automatically generated E-COPIES
sent this 14<u>th</u> day of  April 2010 to:

Honorable Lawrence O. Anderson
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street Ste. 322, SPC11
Phoenix, Arizona 85003

S. Lee White, Assistant Litigation Counsel
Office of Special Litigation Services
234 N. Central Avenue, Suite 4400
Phoenix, Arizona 85004

and copy **MAILED** to:

Brian A. Wilkins
P.O. BOX 50854
Phoenix, Arizona 85280
Plaintiff *Pro Per*

/s/Victoria Carbajal