Brian A. Wilkins
PO Box 50854
Phoenix, AZ 85280
480-529-0964
brianw@operation-nation.com
In Propria Persona Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian A. Wilkins,<br>　　　　Plaintiff,<br>　　vs.<br>Maricopa County; Joseph M. Arpaio, in his individual and official capacity as Maricopa County Sheriff; Darren Dauch, in his individual and official capacity;<br>　　　　Defendants. | CV: 09-01380-PHX-LOA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Brian A. Wilkins, the pro-se Plaintiff in the above mentioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order 1) granting Defendant Maricopa County's Motion to Compel and 2) denying the Plaintiff's Motion For Sanction against said Defendant, entered in this action on the 2nd day of June, 2010. The Plaintiff is proceeding *in forma pauperis*, thus no fees need be paid for this appeal.

Respectfully submitted on this 2nd day of June, 2010.

/s/_____
Brian A. Wilkins
Pro-Se Litigant
PO Box 50854
Phoenix, AZ 85076
480-529-0964
brianw@operation-nation.com

1

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on June 2, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and mailed three (3) copies to the Clerk's Office, one as the judge's copy, and two for service on the following:

Sherle Rubin Flaggman
Office of General Litigation Services
301 W Jefferson St Ste 3200
Phoenix, AZ 85003
Email: Flaggmans@mail.maricopa.gov

S. Lee White
Office of Special Litigation Services
234 N Central Ave Ste 4400
Phoenix, AZ 85004
Email: whites002@mail.maricopa.gov

I further certify the third (3rd) copy contained herein is directed to:

Honorable Lawrence O. Anderson
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Ste. 322, SPC 11
Phoenix, AZ 85003


/s/_____
Brian A. Wilkins