**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian A. Wilkins, | ) | No. CV-09-1380-PHX-LOA |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Maricopa County, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

The Court has received Defendant Maricopa County's Motion to Strike Plaintiff's Notice of Appeal as Premature, filed on June 6, 2011. (Doc. 173) When Maricopa County filed this Motion, this case had not been dismissed. The next day, June 7, 2011, the Court granted Defendants Arpaio's and Dauch's Motion for Summary Judgment which had been at issue since January, 2011. (Doc. 175)  The case is now final and Judgment has been entered in favor of all Defendants on June 7, 2011. (Doc. 176)  The termination of this case in favor of all Defendants renders moot Defendant Maricopa County's Motion to Strike.

**IT IS ORDERED** that Defendant Maricopa County's Motion to Strike, doc. 173, is **DENIED** as moot in light of the entry of Judgment in this case.

Dated this 8th day of June, 2011.

Lawrence O. Anderson
United States Magistrate Judge